UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

QBE AMERICAS, INC.,                        Civil No. 13-3594 (JRT/LIB)

              Plaintiff,

v.                                 **TEMPORARY RESTRAINING ORDER**

MONTE HOLL,

              Defendant.

Cynthia A. Bremer and Ashlee M. Bekish, **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**, 90 South Seventh Street, Suite 3800, Minneapolis, MN  55402, for plaintiff.

Thomas K. Klosowski, **KUTAK ROCK LLP**, 220 South Sixth Street, Suite 1750, Minneapolis, MN  55402, for defendant.

Plaintiff QBE Americas, Inc. ("QBE") brings this action against its former employee, defendant Monte Holl for breach of contract and misappropriation of confidential information.  QBE alleges that Holl has breached several non-compete, non-solitication, and non-disclosure provisions of his employment agreement with QBE through his new employment with a competitor, Hudson Crop Insurance Services.

The Court discussed this matter with the parties in a telephone conference on January 8, 2014, and scheduled a hearing on plaintiff's Motion for a Preliminary Injunction on January 21, 2014.  To preserve the status quo and to ensure that this matter and other issues in the case may be fully presented to the Court, the Court now issues a temporary restraining order prohibiting Holl from soliciting QBE clients and from

developing software in the course of his new employment. Under these circumstances, the Court concludes QBE need not provide security for the temporary restraining order. *See* Fed. R. Civ. P. 65(c).

## ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's Motion for a Temporary Restraining Order [Docket No. 10] is **GRANTED** as follows:

1. In the course of his new employment with Hudson Crop Insurance Services, defendant is prohibited from

   a. soliciting QBE clients, and

   b. developing software.

2. Plaintiff is not required to provide security in seeking injunctive relief pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.

3. This Order will remain in effect until further order of this Court.

DATED: January 8, 2014            ____s/ John R. Tunheim____
at Minneapolis, Minnesota.                  JOHN R. TUNHEIM
                                                    United States District Judge